7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Halden Gale Watson, III and Amy Patricia Watson
*Debtor*

*Bankruptcy Case No.*
12−60549−abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
15−06005−abf

v.

**Halden Gale Watson**
**Amy Patricia Watson**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: In Accordance with the Order and Judgment Revoking Discharge entered on 5/11/2015 (Doc.#16), Judgment is hereby entered in favor of Plaintiff, Daniel J. Casamatta, Acting United States Trustee, and against Defendant, Amy Patricia Watson, Revoking the Discharge of Amy Patricia Watson.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 7/2/15

Court to serve